[No. 58018-3-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ROBERT SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-03078-4, Ronald L. Castleberry, J., entered March 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58095-7-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05253-4, John P. Erlick, J., entered April 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58279-8-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL RUBIO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00561-0, Michael E. Rickert, J., entered April 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58283-6-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK CHRISTOPHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12877-8, Jay V. White, J., entered May 26, 2006. *Affirmed* by unpublished per curiam opinion.